UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

AARON NELSON et al.,

Plaintiffs,

v.

JEFFREY LANDRY et al.,

Defendants.

NO. 3:20-cv-00837-JWD-RLB

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Aaron Nelson, et al., and Defendants Jeffrey Landry et al., and respectfully request that this Honorable Court enter the attached proposed stipulated Protective Order pursuant to Federal Rule of Civil Procedure 26(c).

The parties met and conferred on January 27, 2022 pursuant to this Court's January 20, 2022 Order (Rec. Doc. 67).

The proposed stipulated Protective Order is attached as Exhibit A.

Respectfully submitted,

*/s/ Mercedes Montagnes*
Mercedes Montagnes, La. Bar No. 33287
Nishi Kumar, La. Bar No. 37415
Rebecca Ramaswamy, La. Bar No. 39524
Elena Malik, La. Bar No. 39662
Samantha Bosalavage, La. Bar No. 39808
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Email: mmontagnes@defendla.org

*/s/ John N. Adcock*
John Adcock, La. Bar No. 30372
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Telephone: (504) 233-3125
Email: jnadcock@gmail.com

*Attorneys for Plaintiffs*


/s/ *Carey T. Jones*
 Carey T. Jones (#07474)
 David Jeddie Smith, Jr. (#27089)
 Assistant Attorneys General
 Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6060
Facsimile: (225) 326-6098
Email: JonesCar@ag.louisiana.gov
 smithda@ag.louisiana.gov



*s/Faye Dysart Morrison*
GAIL C. HOLLAND
(Bar Roll No. 23783)
FAYE DYSART MORRISON
(Bar Roll No. 23049)
Department of Public Safety & Corrections,
Public Safety Services
7979 Independence Blvd., Suite 307 (70806)
P.O. Box 66614
Baton Rouge, LA 70896
Telephone: (225) 925-6103
Facsimile: (225) 925-4624
Faye.dysart@la.gov

/s/ *Jonathan R. Vining*
JONATHAN R. VINING
(Bar Roll No. 30781)
DEBRA A. RUTLEDGE
(Bar Roll No. 8432)
Department of Public Safety & Corrections,
Corrections Services
P.O. Box 94304, Capitol Station
Baton Rouge, LA 70804
Telephone: (225) 342-6728
Facsimile: (225) 342-3278
Jonathan.Vining@la.gov
Debbie.Rutledge@la.gov

*Attorneys for Defendants*