# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Aaron Nelson, et al
Plaintiff

v.

Jeff Landry, as Louisiana Attorney General, et al
Defendant

3:20-cv-00837
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
CAREY T. JONES, #07474

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma and do not add address information. Only text visible within box will print.*

To the best of my knowledge, belief and information, there are no person or entity with a financial interest in the outcome of the case, except to the extent Plaintiffs' counsel request attorney's fees.

Carey T. Jones,, #07474

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.