UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NELSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LANDRY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 3:20-cv-00837-JWD-RLB |

## MOTION FOR PROTECTIVE ORDER OR, ALTERNATIVELY, MOTION TO QUASH SUBPEONAS

COME NOW, Plaintiffs, by and through undersigned counsel, and pursuant to Rules 26, 37, and 45 of the Federal Rules of Civil Procedure, submits this Motion for a protective order regarding twelve subpoenas issued by Defendants to District Attorneys, Sheriffs, and the New Orleans Police Department Superintendent. Alternatively, Plaintiffs request that this court quash the subpoenas because Plaintiffs have a personal and private interest associated with the records requested by the subpoenas. Defendants oppose this motion.

In support of this Motion, Plaintiffs rely on the accompanying memorandum.

Respectfully submitted this 9th day of September, 2022.

/s/ Mercedes Montagnes
Mercedes Montagnes, La. Bar No. 33287
Nishi Kumar, La. Bar No. 37415
Rebecca Ramaswamy, La. Bar No. 39524
Samantha Bosalavage, La. Bar No. 39808
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Email: mmontagnes@defendla.org

John Adcock, La. Bar No. 30372
Adcock Law LLC

1

3110 Canal Street
New Orleans, LA 70119
Telephone: (504) 233-3125
Email: jnadcock@gmail.com

*Attorneys for Plaintiffs*