## RE: Nelson et al v. Landry et al OMV 30(b)(6) Deposition Notice

Faye Dysart <Faye.Dysart@LA.GOV>
Thu 8/11/2022 11:54 AM

To: Samantha Bosalavage <SBosalavage@defendla.org>;Adrienne Aucoin (DOC) <Adrienne.Aucoin@la.gov>;Wheeler, Alicia <WheelerA@ag.louisiana.gov>;Smith, Jeddie <SmithDa@ag.louisiana.gov>;Debbie Rutledge <Debbie.Rutledge@la.gov>;Gail Holland <Gail.Holland@LA.GOV>;Whitford, Scott <WhitfordS@ag.louisiana.gov>;Jonathan Vining <Jonathan.Vining@LA.GOV>;INACTIVE - Jeremiah Sams <Jeremiah.Sams@la.gov>;INACTIVE - Heather Hood <Heather.Hood@LA.GOV>;Jones, Carey <JonesCar@ag.louisiana.gov>

Cc: Nishi Kumar <NKumar@defendla.org>;Rebecca Ramaswamy <RRamaswamy@defendla.org>;jnadcock@gmail.com <jnadcock@gmail.com>

Just to confirm, I did identify my witnesses today but they are not going to be able to be prepared in time to be deposed prior to the 15th. 30 days should be sufficient time to get them prepared and get the deposition in. fdm

---

**From:** Samantha Bosalavage <SBosalavage@defendla.org>
**Sent:** Thursday, August 11, 2022 11:14 AM
**To:** Faye Dysart <Faye.Dysart@LA.GOV>; Adrienne Aucoin (DOC) <Adrienne.Aucoin@la.gov>; Wheeler, Alicia <WheelerA@ag.louisiana.gov>; Smith, Jeddie <SmithDa@ag.louisiana.gov>; Debbie Rutledge <Debbie.Rutledge@la.gov>; Gail Holland <Gail.Holland@LA.GOV>; Whitford, Scott <WhitfordS@ag.louisiana.gov>; Jonathan Vining <Jonathan.Vining@LA.GOV>; INACTIVE - Jeremiah Sams <Jeremiah.Sams@la.gov>; INACTIVE - Heather Hood <Heather.Hood@LA.GOV>; Jones, Carey <JonesCar@ag.louisiana.gov>
**Cc:** Nishi Kumar <NKumar@defendla.org>; Rebecca Ramaswamy <RRamaswamy@defendla.org>; jnadcock@gmail.com
**Subject:** Re: Nelson et al v. Landry et al OMV 30(b)(6) Deposition Notice

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Counsel,

Plaintiffs are planning on seeking a 30-day extension for the fact discovery deadline to conduct this deposition, per Faye's request. Please let us know if you have any opposition. We would like to file the motion today by COB.

Thank you,
Samantha

Samantha Bosalavage (she/her/hers)
*Legal Fellow*
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955 x749
sbosalavage@defendla.org

Follow our work on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient,

you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

---

**From:** Samantha Bosalavage
**Sent:** Friday, August 5, 2022 3:22 PM
**To:** Faye Dysart <faye.dysart@la.gov>; Adrienne Aucoin <Adrienne.Aucoin@la.gov>; Wheeler, Alicia <WheelerA@ag.louisiana.gov>; Smith, Jeddie <SmithDa@ag.louisiana.gov>; Debbie.Rutledge@la.gov <Debbie.Rutledge@la.gov>; Gail Holland <Gail.Holland@la.gov>; Whitford, Scott <WhitfordS@ag.louisiana.gov>; Jonathan Vining <Jonathan.Vining@la.gov>; Jeremiah.Sams@la.gov <Jeremiah.Sams@la.gov>; Heather Hood <Heather.Hood@la.gov>; Jones, Carey <JonesCar@ag.louisiana.gov>
**Cc:** Nishi Kumar <NKumar@defendla.org>; Rebecca Ramaswamy <RRamaswamy@defendla.org>; jnadcock@gmail.com <jnadcock@gmail.com>
**Subject:** Nelson et al v. Landry et al OMV 30(b)(6) Deposition Notice

Counsel,

Please find attached Plaintiffs' notice of deposition of the OMV pursuant to Rule 30(b)(6) per my phone conversation with some of LSP counsel today. Once you have identified a designee, we are happy to work with you to figure out a date and time for this deposition before the close of fact discovery on August 15th.

Best,
Samantha

Samantha Bosalavage (she/her/hers)
*Legal Fellow*
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955 x749
sbosalavage@defendla.org

Follow our work on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.