## RE: f/u from phone call re Nelson et al v. Landry et al

**Jones, Carey** <JonesCar@ag.louisiana.gov>

Tue 8/30/2022 8:09 AM

To: Samantha Bosalavage <SBosalavage@defendla.org>

Cc: Nishi Kumar <NKumar@defendla.org>;Smith, Jeddie <SmithDa@ag.louisiana.gov>;Whitford, Scott <WhitfordS@ag.louisiana.gov>;McLellan, Erica <MclellanE@ag.louisiana.gov>

We are reviewing the records of Mounce and Chiasson. We need to conduct a comprehensive review of those records from the juvenile court, the District Attorney and the Sheriffs office in the respective parishes including any plea agreements that may contain provisions relevant to sex offender registration.

We are in the process of preparing Rule 45 subpoenas to obtain that information. Your clients could help us obtain the records by giving their consent to the disclosures subject to juvenile record confidentiality.

We will send the subpoenas for review by your office tomorrow, and you can advise further concerning the records.

---

**From:** Samantha Bosalavage <SBosalavage@defendla.org>
**Sent:** Monday, August 29, 2022 4:41 PM
**To:** Jones, Carey <JonesCar@ag.louisiana.gov>
**Cc:** Nishi Kumar <NKumar@defendla.org>
**Subject:** f/u from phone call re Nelson et al v. Landry et al

**CAUTION:** This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tom,

Per our phone call, below is the information for the plaintiffs who we believe should not have to register per the testimony in the Attorney General's 30(b)(6) deposition that Louisiana's "registration laws currently only require registration for juveniles who were adjudicated delinquent of specifically enumerated sex offenses on or after January 1st, 2008, and were at least 14 years of age at the time the offense was committed." (Erica Mclellan depo tr. 20:13-18).

In Shawn Mounce's deposition, he testified that he pled guilty in 2007 (Shawn Mounce Depo Tr. 30:12-13), and in Plaintiffs' RFP disclosures are the court minutes indicating Shawn Mounce was adjudicated delinquent on October 31, 2007 (SM.0011-12). Shawn Mounce's birthday is October 21, 1990.

In Jacob Chiasson's deposition, he testified that he was adjudicated delinquent in 2005 (Jacob Chiasson Depo Tr. 21:24-22:2), and in Plaintiffs' Rog responses, Plaintiffs responded that Jacob Chiasson pled guilty on September 06, 2005. (JC ROG 5). Jacob Chiasson's birthday is January 8, 1990.

Please let us know if you need any additional information.

Thank you for looking into this matter.

Samantha

Samantha Bosalavage (she/her/hers)
*Legal Fellow*
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
(504) 529-5955 x749
sbosalavage@defendla.org

Follow our work on Instagram, Twitter, & Facebook!

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.