# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NELSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LANDRY, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 3:20-cv-00837-JWD-RLB |

## PROPOSED ORDER

Considering the *Motion for Protective Order or, Alternatively, Motion to Quash Subpoenas*

**IT IS HEREBY ORDERED** that the Protective Order sought is granted, or in the alternative, the Subpoenas are quashed.

Baton Rouge, Louisiana, on this _____ day of _____, 2022.

_____
JUDGE JOHN W. DEGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1