UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| NELSON, *et al*,<br><br>　　　　　Plaintiffs,<br>v.<br><br>LANDRY, *et al*.<br><br>　　　　　Defendants, | )<br>)<br>)<br>)<br>)<br>)　Docket No. 3:20-cv-00837-JWD-RLB<br>)<br>)<br>)<br>)<br>) |

**<u>DECLARATION OF JOHN ADCOCK</u>**

I, John Adcock, being the age of majority provide the following information:

1. On December 5, 2022, Defendants timely submitted Dr. Romano's expert report.

2. On January 7, 2023, Plaintiffs propounded interrogatories and requests for production of documents related to various matters mentioned by Dr. Romano in his report.

3. On January 31, 2023, the parties agreed that Plaintiffs will depose Dr. Romano on March 10, 2023.

4. Defendants did not produce their answers by the February 6, 2023 deadline.

5. On February 14, 2023, Plaintiffs' counsel inquired of Defense counsel by phone when they could expect to receive the discovery. *See* Exhibit B, Adcock Email to Jones. Defense counsel replied that they had received it but not really looked over it and could not yet provide a date. *Id.*

6. Counsel agreed to meet and confer on February 22, 2023 at 1:00pm about the discovery responses. *Id.*

7. Plaintiffs' counsel thought the meeting was at 2pm on February 22 and, when he called opposing counsel at that time, did not get an answer. Around the same time, Defense counsel sent the following email to Plaintiffs' counsel:

> I did not get a call on the discovery conference.
>
> However, I have no objection to this email serving as the conference.
>
> On the discovery request, two things – first, I don't see a provision in Rule 26 on expert witnesses that allow for this kind of document request.
>
> Second, the requests are too burdensome and out of proportion to the need to question the expert.
>
> That's generally our position on the discovery requests.

8. Plaintiffs' counsel certifies that, through conferring with Defendant's counsel, good faith attempts have been made to obtain the discovery responses without court action.

9. As of this date, Defendants have not served Plaintiffs with answers, objections, or written responses to the discovery requests.

I hereby swear under penalty of perjury that the following is true and correct to the best of my knowledge

Done in New Orleans, Louisiana on March 1, 2023.

_____

John Adcock