Gmail

John Adcock <jnadcock@gmail.com>

## Nelson discovery

**John Adcock** <jnadcock@gmail.com>                                    Tue, Feb 14, 2023 at 9:17 AM
To: "Jones, Carey" <JonesCar@ag.louisiana.gov>, Scott <WhitfordS@ag.louisiana.gov>, Monica Reed
<ReedM@ag.louisiana.gov>, Jonathan Vining <Jonathan.Vining@la.gov>, heatherhood@doc.la.gov, Faye Morrison
<Faye.Morrison@la.gov>, Debbie Rutledge <Debbie.Rutledge@la.gov>, Adrienne Aucoin <adrienne.aucoin@la.gov>, "Smith,
Jeddie" <SmithDa@ag.louisiana.gov>
Cc: Lydia Wright <LWright@defendla.org>, Samantha Bosalavage <SBosalavage@defendla.org>

Tom:

Thanks for being available to talk just now.

As I explained on the phone, Vincent Schiraldi can no longer serve as an expert in this
case. His superiors at his new job with the Maryland Dept of Corrections will not let him
serve as an expert while employed with them.

In lieu of Plaintiffs getting another expert in his stead, we can proceed with Dr. Stevens
as our only expert.  To that end, we agreed that Dr. Stevens has until Friday, Feb. 24 to
issue a supplemental report that incorporates the three interviews Schiraldi included in
his report but was absent from Dr. Stevens' report.

We will get you dates that Dr. Stevens is available for deposition later today.

You acknowledged you had received the discovery regarding Dr. Romano that we
emailed over to you on Jan. 7.  After you've looked over it more fully, can we have a
meet and confer about it this Friday, Feb. 17 at 1pm?  We'd like to get the information
before Dr. Romano's March 10 deposition and I'd like to leave us enough time to litigate
the matter before that date if that becomes necessary.

Sincerely yours,

John Adcock.