

John Adcock <jnadcock@gmail.com>

# Nelson

**Jones, Carey** <JonesCar@ag.louisiana.gov>    Wed, Feb 22, 2023 at 2:38 PM
To: John Adcock <jnadcock@gmail.com>, Samantha Bosalavage <SBosalavage@defendla.org>, Nishi Kumar <NKumar@defendla.org>, Lydia Wright <LWright@defendla.org>

I did not get a call on the discovery conference.

However, I have no objection to this email serving as the conference.

On the discovery request, two things – first, I don't see a provision in Rule 26 on expert witnesses that allow for this kind of document request.

Second, the requests are too burdensome and out of proportion to the need to question the expert.

That's generally our position on the discovery requests.

Thanks,



**Carey T. Jones**

Deputy Director Civil Division
Office of Attorney General Jeff Landry
Direct:  225-326-6017; Main:  225-326-6010; Fax:  225-326-6096

www.AGJeffLandry.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.