UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON NELSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY LANDRY *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 3:20-CV-00837-JWD-RLB |

## DECLARATION OF DR. BRANDON P. ROMANO

Pursuant to 28 U.S.C. § 1746, I, Dr. Brandon P. Romano, declare as follows:

1. I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

2. I have been asked by the Louisiana Department of Justice, Office of the Attorney General to serve as an expert in the case *Aaron Nelson, et al. v. Jeffrey Landry, et al.*

3. In that regard, I submitted a report containing conclusions about some of the contentions and claims asserted by the complainants in the case.

4. I was informed that my deposition has been scheduled for March 10, 2022.

5. My office staff received a Subpoena Duces Tecum on February 28, 2023 to produce documents at the deposition.

6. I have reviewed the Subpoena Duces Tecum in detail and determined that producing the documents would present a severe hardship and nearly impossible task for my office even if the disclosure was requested with more notice. Additionally, the request for producing many of these documents is legally and ethically problematic.

Exhibit C
AG0111

7.    The request is overburdensome and overreaching given the voluminous amount of records being requested. We do not have anyone in our office that we could dedicate to this task. It could easily take one employee months to go through hundreds (or potentially thousands) of files by hand to locate every evaluation report being requested and redact identifying information thoroughly, which would ultimately have to be supervised by me in order to certify the documents. Additionally, I could not confidently certify that we identified every specific type of report being requested given that there are hundreds of reports that do not fall entirely within the parameters requested. This obviously doesn't include the additional tasks of having to pull contracts, program materials (intellectual property, trade secrets; in some cases belonging to or collaborative with others), deposition/transcripts, court appearances, etc., many of which are not readily available to us and would require [in some instances] obtaining consent from other agencies to release information. With all due respect, the requests in the subpoena are absolutely ludicrous.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3 day of March 2023.

DR. BRANDON P. ROMANO

Exhibit C
AG0112