UNITED SATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **AARON NELSON, ET AL,** | **CIVIL ACTION** |
| *Plaintiffs* | **NO. 3:20-cv-00837 – JWD-RLB** |
| **VERSUS** | |
| **JEFFREY LANDRY, in his official capacity as Attorney General of the State of Louisiana, et al.** | |
| *Defendants* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE FOREGOING MOTION BY THE ATTORNEY GENERAL:

IT IS ORDERED that the Attorney General is relieved from responding to *Expert Discovery to Defendants Regarding Dr. Brandon P. Romano* served on the Attorney General on January 7, 2023;

IT IS FURTHER ORDERED, that the *Subpoena Duces Tecum* served on Dr. Brandon P. Romano on or about February 28, 2023 calling for the production of certain documents in connections with his deposition is quashed and Dr. Romano is relieved from responding to the Subpoena Duces Tecum.

SIGNED at Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
HONORABLE RICHARD L. BOURGEOIS
U.S. MAGISTRATE JUDGE