UNITED SATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **AARON NELSON, ET AL,** | **CIVIL ACTION** |
| *Plaintiffs* | NO. 3:20-cv-00837 – JWD-RLB |
| **VERSUS** | |
| **JEFFREY LANDRY, in his official capacity as Attorney General of the State of Louisiana, et al.** | |
| *Defendants* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, the State of Louisiana, through Attorney General Jeff Landry, who respectfully requests that the following attorney be enrolled as additional counsel of record in the above numbered and captioned matter:

> Amanda M. LaGroue
> (La. Bar Roll No. 35509)
> Assistant Attorney General
> Louisiana Department of Justice
> P. O. Box 94005
> Baton Rouge, LA 70804-9005
> Telephone: (225) 326-6000
> Fax:  (225) 326-6098
> LaGroueA@ag.louisiana.gov

Amanda M. LaGroue is an Assistant Attorney General licensed to practice in the State of Louisiana and is admitted in this Court and desires to be enrolled in this matter.

WHEREFORE, the Defendant prays that the Motion to Enroll Counsel be GRANTED.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:    s/*Carey T.Jones*
Carey T. Jones (#07474)
Alicia Edmond Wheeler (#28803)
Assistant Attorneys General
Louisiana Dept. of Justice
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6000
Facsimile: (225) 326-6098
Email: JonesCar@ag.louisiana.gov
WheelerA@ag.louisiana.gov

*Counsel for Jeff Landry, in his official capacity as Louisiana Attorney General*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and mailed by United States mail, postage prepaid and properly addressed to the following:

/s/ *Carey T. Jones*
CAREY T. JONES (07474)