UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON NELSON, ET AL | CIVIL ACTION |
| VERSUS | NO. 20-837-JWD-RLB |
| JEFFREY LANDRY, ET AL | |

**ORDER**

Because of a scheduling conflict and because of the pending motions in this matter, the following deadlines are reset:

1) Deadline to file an affidavit of settlement efforts is reset for **January 3, 2024.**

2) Pre-trial conference currently set for July 26, 2023, is reset for **January 23, 2024, at 1:30 p.m. by zoom**.

3) Since this is a bench trial, the deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs previously set for August 14, 2023, is **suspended**.

4) Proposed Findings of Fact and Conclusions of Law are **due at least 21 days before the bench trial**. The findings of fact shall set forth in simple declarative sentences, separately numbered, all factual contentions relied upon by the party in support of its claims or defenses and shall be free of pejorative language and argument. Conclusions of law shall be supported by appropriate citation to legal authority. The proposed findings of fact and conclusions of law shall be sent to Chambers by email in Microsoft Word to Kristie_Causey@lamd.uscourts.gov.

5) The 9-day bench trial beginning on August 28, 2023, is continued and reset scheduled for **9:00 a.m. on February 20, 2024.**

Signed in Baton Rouge, Louisiana, on July 7, 2023.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA