**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| NELSON, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>LANDRY, *et al.*,<br><br>       Defendants. | Civil Action No. 3:20-cv-00837-JWD-RLB |

## THE ATTORNEY GENERAL'S FINAL EXHIBIT AND WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes Attorney General Liz Murrill, who respectfully submits this Final Exhibit and Witness List, as follows:

(a) The Attorney General's Exhibits:

| Exhibit No. | Description |
|---|---|
| AG1 | Aaron Nelson Deposition |
| AG2 | Aaron Nelson State Court Records |
| AG3 | Dr. Romano Deposition |
| AG4 | Hunter Calcione Deposition |
| AG5 | Hunter Calcione's  State Court Records |
| AG6 | Jacob Chaisson Deposition |
| AG7 | Robert Ruiz Deposition |
| AG8 | Shawn Mounce Deposition |
| AG9 | Webpage, U.S. Attorney's Office, Project Safe Childhood |

**(b) The Attorney General will utilize the following exhibits submitted as Joint Exhibits, Designated as "JX":**

| Exhibit No. | Description |
|---|---|
| JX1 | Aaron Nelson Discovery Responses |
| JX2 | State in Interest of A.N., 123 So.3d 824 (2013) |
| JX3 | State in Interest of A.N., 285 So.3d 480 (2019) |
| JX4 | State in Interest of A.N., 286 So.3d 969 (2019) |
| JX7 | Hunter Calcione Discovery Responses |
| JX8 | Letter from Hunter to Corporal A. Cook |
| JX9 | Jacob Chaisson Discovery Responses |
| JX10 | Robert Ruiz Discovery Responses |
| JX11 | Shawn Mounce Discovery Responses |
| JX28 | Dr. Romano CV update |
| JX31 | Dr. Brandon Romano Expert Report with Appendices |
| JX33 | Writ Denied - Louisiana Supreme Court_2013.11.08 |
| JX34 | Judgment re delinquent adjudication_2011.12.29 |
| JX35 | Judgment re OJJ Review for 14 78.1_2012.12.11 |
| JX51 | Custody Order - Office of Juvenile Justice_2016.07.21 |
| JX52 | Plea Transcript - 22nd JDC_2016.07.21 |
| JX53 | Minutes re Plea_2016.07.21 |
| JX114 | Court Minutes – Jacob Chiasson Sentencing_2005.08.11 |
| JX116 | Court Minutes – Jacob Chiasson Sentencing Minutes (duplicate)_2019.02.08 |

(c)  The Attorney General's Will-Call Witnesses:

| Witness | Anticipated testimony | Address |
|---|---|---|
| Erica McLellan | To testify about sex offender registration statutes, requirements and practices. | 1885 N. 3rd Street Criminal Division Baton Rouge, LA 70802 |
| Dr. Brandon Romano | To testify about evaluation, treatment, and counseling of sex offenders. | 10211 Siegen Lane Suite 2-A Baton Rouge, LA 70810 |

**LIZ MURRILL**
**ATTORNEY GENERAL**


BY:     /s/ *Amanda M. LaGroue*_____
          Carey T. Jones (#7474)
          David Jeddie Smith, Jr. (#27089)
          Amanda M. LaGroue (#35509)
          Assistant Attorneys General
          Louisiana Dept. of Justice
          P.O. Box 94005
          Baton Rouge, LA 70802
          Telephone: (225) 326-6000
          Facsimile: (225) 326-6098
                    Email: JonesCar@ag.louisiana.gov
                              SmithDa@ag.louisiana.gov
                              LaGroueA@ag.louisiana.gov


          *Counsel for Attorney General Liz Murrill*


## CERTIFICATE OF SERVICE


          I do hereby certify that, on this 30th day of January, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

                    /s/ *Amanda M. LaGroue*_____
                    AMANDA M. LAGROUE